IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF COUTO and HEIDI COUTO, and COUTO & SONS PROPERTY SERVICE, LLC, for themselves and on behalf of all those similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CORVEL CORPORATION; ALACRITY ADJUSTING SOLUTIONS, LLC; ALACRITY CLAIMS SOLUTIONS, LLC; MITCHELL INTERNATIONAL, INC., and DOES 1-10,<br><br>　　　　　Defendants. | CV 24-144-M-KLD<br><br><br>ORDER |

　　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

　　　DATED this 16th day of December, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge