IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF COUTO and COUTO & SONS PROPERTY SERVICE, LLC, for themselves and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CORVEL ENTERPRISES COMP., INC.; ALACRITY ADJUSTING SOLUTIONS, LLC; ALACRITY CLAIMS SOLUTIONS, LLC; and DOES 1-10,<br><br>Defendants. | CV 24-144-M-DWM<br><br>ORDER |

Defendants Alacrity Adjusting Solutions, LLC and Alacrity Claims Solutions, LLC (together, "Alacrity") move unopposed for counsel Lindsay A. Mullineaux to appear in person at the Preliminary Pretrial Conference in this matter set for December 4, 2025, in Missoula, Montana, in place of lead counsel Nathan A. Huey. (Doc. 58.) The August 29, 2025 Preliminary Pretrial Conference Order ("August 29, 2025 Order") states that "[l]ead counsel are expected to appear

1

in person" at the Preliminary Pretrial Conference. (Doc. 46.) However, because lead counsel Lindsay A. Mullineaux "is authorized to enter into stipulations[,]" (Doc. 58 at 2), as required by the August 25, 2025 Order, (Doc. 46 at ¶ 2), and counsel Nathan A. Huey "is dealing with a significant medical condition that prohibits" attendance, (Doc. 58 at 2), Lindsay A. Mullineaux's attendance is permitted.

Accordingly, IT IS ORDERED that Alacrity's motion, (Doc. 58), is GRANTED. Lindsay A. Mullineaux is permitted to appear in person at the Preliminary Pretrial Conference in the above-captioned matter set for December 4, 2025, in Missoula, Montana, in place of lead counsel Nathan A. Huey.

DATED this 2nd day of December, 2025.

Donald W. Molloy, District Judge
United States District Court

2